# UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:03CR00062-001 |
| Jeffery Garrett | ) | USM No. 07154-028 |

Date of Previous Judgment: 11/03/2004  
Date of Commuted Sentence: 01/18/2017

Sara Varner  
Defendant's Attorney

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **360 months is reduced to 216 months\***.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **360 months**     Amended Sentence: **156 months on Ct. 1**  
Previous Supervised Release Term Imposed: **10 years**     Amended Supervised Release Term: **8 years\*\***  
Previous Underlying Sentence Imposed:     Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☒ Conditions of supervised release set forth in judgment are to remain in effect.  
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

**\* that is, 156 months on Count 1, and 60 months on Count 2, to be served consecutively**  
**\*\* 8 years on Count 1**

Except as provided above, all provisions of the judgment dated 11/03/2004 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___6/25/2019___        _____
                                   SARAH EVANS BARKER, JUDGE
                                   United States District Court
                                   Southern District of Indiana